**Mark Preston PIERCE, Petitioner–Appellant,**

v.

**Sherwood R. McCABE, Respondent–Appellee.**

No. 02–7869.

United States Court of Appeals, Fourth Circuit.

Submitted April 3, 2003.

Decided April 29, 2003.

Mark Preston Pierce, Appellant pro se. Sandra Wallace–Smith, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark Preston Pierce, a state prisoner, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000); *see Rose v. Lee*, 252 F.3d 676, 683 (4th Cir.), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Pierce has not made the requisite showing. *See Miller-El v. Cockrell,* — U.S. —, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability, dismiss the appeal, and deny Pierce's motions seeking in forma pauperis status and leave to file a formal brief as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*